John F. Hanley, appellee, v. Carlos Ames et al., appellants. Gen. No. 35,179.

Opinion filed June 22, 1931.

Samuel A. Ettelson, Corporation Counsel, and Francis J. Vurpillat, Special Assistant Corporation Counsel, for appellants. Daniel F. Murphy, for appellee.

Mr. Justice Matchett delivered the opinion of the court.